

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MCGILL, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| LAUREL HARRY, et al., | : | No. 14-0300 |
|     Respondents | : | |

FILED
OCT - 9 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW this 9th day of October, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus (Doc. Nos. 1 and 3), the memorandum of law in support of the petition for writ of habeas corpus (Doc. No. 1), the Commonwealth's response to the petition for writ of habeas corpus (Doc. No. 20), and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

2. In light of the disposition of the Petition for Writ of Habeas Corpus, McGill's Motion for Ruling on Petitioner's Habeas Petition (Doc. No. 12), is DENIED as moot.

3. The Report and Recommendation is APPROVED and ADOPTED;

4. There is no basis to issue a certificate of appealability as McGill has failed to make a substantial showing of the denial of a constitutional right;

5. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
HON. C. DARNELL JONES, II
U.S. District Court Judge